IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> **v.** : **CASE NO. 4:23-CR-18 (CDL-MSH)** <br> : <br> **ROBERT HOLMAN** : <br>      **Defendant** : <br> : <br> : <br> : | |

### ORDER ON RESTITUTION

AND NOW, upon review and consideration of the Restitution Agreement, it is ORDERED that the Restitution Agreement is APPROVED and ADOPTED by this Court.

IT IS FURTHER ORDERED that:

Money Mizer LLC (Columbus)

a. Defendant Holman shall pay restitution, jointly and severally, of $10,056.63 to Money Mizer LLC (Columbus), 1648 Manchester Expressway, Columbus, GA 31904. *See* 18 U.S.C. 3664(h). Restitution will be paid jointly and severally with Holland, Lowery, and Sanders.

The restitution will be distributed to the victim listed above and in the Agreement by the Clerk of this Court. The full amount of the restitution imposed will be due and payable immediately, and present and future assets of each Defendant are subject to enforcement and may be included in the treasury offset program allowing

qualified federal benefits to be applied to the balance of the restitution owed.

SO ORDERED, this 11th day of July 2024.

                                              s/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA